# In The United States Court of Federal Claims

## Cover Sheet

**04-0095C**

Plaintiff(s) or Petitioner(s)
Swiss Reinsurance America Corporation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] John W. Dreste

Firm Name: Ernstrom & Dreste, LLP

Post Office Box: n/a

Street Address: 180 Canal View Boulevard, Suite 600

City-State-Zip: Rochester, New York 14623

Telephone & Facsimile Numbers: (585) 473-3100 Fax (585) 473-3113

E-mail address: jwd@ernstromdreste.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

n/a

Government Agency Involved: A R M

**See attached Sheet for three digit code.**

Amount Claimed: $ 39,000.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** n/a

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003