IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWISS REINSURANCE AMERICA CORPORATION<br>Plaintiff,<br><br>v.<br><br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-0095C<br>(Judge Futey) |

**NOTICE OF APPEARNCE**

To the Clerk:

Please enter the appearance of DAVID R. FENIGER as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David R. Feniger
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530

Dated: February 18, 2004

s/ David R. Feniger
DAVID R. FENIGER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: (202) 307-3390
Fax: (202) 305-2118