IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWISS REINSURANCE AMERICA CORPORATION<br>Plaintiff,<br><br>v.<br><br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0095C<br>(Judge Futey) |

DEFENDANT'S UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of this Court, defendant respectfully requests a 60-day enlargement of time within which to respond to plaintiff's complaint. The Government's response is currently due on March 29, 2004. The extension would bring the date for responding to the amended complaint to April 28, 2004. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that he does not oppose this motion.

This request is necessary because the undersigned counsel was in Florida for a trial from February 29, 2004 through March 13, 2004. In addition, Government counsel will be out of the office from March 23, 2004 through March 31, 2004. Accordingly, the additional time is necessary to enable Government counsel to review the litigation report, analyze its supporting documentation, evaluate the complaint, confer with agency counsel, draft an appropriate response and obtain supervisory review of the response.

For these reasons, defendant respectfully requests that the Court grant defendant's unopposed motion for an enlargement of time of 30 days, to and including April 28, 2004, within which to respond to plaintiffs' amended complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner by Deborah A. Bynum
DONALD E. KINNER
Assistant Director

s/ David R. Feniger
DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-3390
Fax (202) 305-2118
Attorneys for Defendant

March 18, 2004