# In the United States Court of Federal Claims

**No. 04-95C**

**(Filed March 24, 2004)**

* * * * * * * * * * * * * * * * * * * * * * *

**SWISS REINSURANCE AMERICA CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On January 27, 2004, this case was designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order No. 42, the attorneys of record must have a CM/ECF account and the court issues an account login and password only to members of the court's bar who have passed a certification test.

Records before the court indicate that plaintiff has not complied with this requirement. Plaintiff shall comply by Wednesday, April 14, 2004, or the court will issue a show cause order why the case should not be dismissed for want of prosecution.

IT IS SO ORDERED.

/s/ Bohdan A. Futey

**BOHDAN A. FUTEY**
**Judge**