# In the United States Court of Federal Claims

**No. 04-95C**

**(Filed March 24, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * *

**SWISS REINSURANCE AMERICA CORPORATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Unopposed Motion For An Enlargement Of Time, filed March 18, 2004, is hereby ALLOWED. Defendant shall have to and including Wednesday, April 28, 2004, within which to file its response to the complaint. The clerk is directed to mail plaintiff a copy of this order.

IT IS SO ORDERED.

/s/ Bohdan A. Futey

**BOHDAN A. FUTEY**
**Judge**