IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SWISS REINSURANCE AMERICA CORPORATION,

Plaintiff,

-against-

No. 04-0095C
(Judge Futey)

UNITED STATES OF AMERICA,

Defendant.

**PLAINTIFF'S UNOPPOSED**
**MOTION TO SUBSTITUTE COUNSEL**

Pursuant to **Rule 83.1 (c)** of the Rules of this Court, Plaintiff Swiss Reinsurance America Corporation ("Swiss Re") respectfully requests a substitution of counsel. Swiss Re's counsel of record currently is John W. Dreste, Esq. Swiss Re respectfully requests to change counsel of record to Theodore M. Baum, Esq. Defendant's counsel has indicated that he does not oppose this motion.

Both Theodore M. Baum, Esq. and John W. Dreste, Esq. are members of the law firm of Ernstrom & Dreste, LLP. Theodore M. Baum, Esq. gained admittance to the United States Court of Federal Claims on February 4, 2004. Theodore M. Baum, Esq. was not admitted to the United States Court of Federal Claims when this action was commenced. Now upon the admission of Theodore M. Baum, Esq. to this Court, Swiss Re respectfully requests that he be substituted as counsel of record for this action.

For these reasons, Swiss Re respectfully requests that the Court grant Swiss Re's unopposed motion to substitute counsel, substituting Theodore M. Baum, Esq. as counsel of record in place of John W. Dreste, Esq.

Dated: April 5, 2004
Rochester, New York.

___s/ Theodore M. Baum________

Theodore M. Baum, Esq.
Ernstrom & Dreste, LLP
*Incoming Attorney for Plaintiff*
*Swiss Reinsurance America Corporation*
180 Canal View Blvd., Suite 600
Rochester, NY 14623
Telephone: (585) 473-3100

_____s/ John W. Dreste___________

John W. Dreste, Esq.
Ernstrom & Dreste, LLP
*Outgoing Attorney for Plaintiff*
*Swiss Reinsurance Corporation*
180 Canal View Blvd., Suite 600
Rochester, NY 14623
Telephone: (585) 473-3100