IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

SWISS REINSURANCE AMERICA CORPORATION

Plaintiff,

-against-

No. 04-0095C
(Judge Futey)

UNITED STATES OF AMERICA

Defendant.

---

**DECLARATION OF THEODORE M. BAUM IN SUPPORT OF UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

**THEODORE M. BAUM** hereby declares as follows:

1. I am a member of the law firm of Ernstrom & Dreste, LLP, attorneys for the Plaintiff Swiss Reinsurance America Corporation ("Swiss Re"). As such, I am fully familiar with the facts and circumstances in this matter. I make this declaration in support of Swiss Re's unopposed motion to substitute counsel.

2. This action was commenced on or about January 23, 2004 when Plaintiff Swiss Re filed its complaint ("Complaint").

3. At the time the Complaint was filed, I had not completed the admission process to this Court. On February 4, 2004, I was admitted to the United States Court of Federal Claims.

4. At the time the Complaint was filed, John W. Dreste, Esq., another member of the law firm of Ernstrom & Dreste, LLP, was admitted to this Court, and therefore, he appeared as counsel of record.

5. On the Complaint, I was one of the undersigned attorneys, with a designation that I was "awaiting admission".

6. Now upon my admission to this Court, Swiss Re respectfully requests that I be substituted as counsel of record for this action.

7. I am the client contact for this matter; therefore, it would be in the best interests of Swiss Re that I be counsel of record for this action.

8. John W. Dreste, Esq., by his signature on Swiss Re's unopposed motion to substitute counsel, has fully agreed to my substitution as counsel of record for this action.

9. David R. Feniger, Esq., attorney for the Government, has advised my office that he does not oppose this substitution of counsel.

* * *

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing statements are true and correct.

Dated: April 5, 2004

s/ Theodore M. Baum
THEODORE M. BAUM