IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWISS REINSURANCE AMERICA CORPORATION<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0095C<br>(Judge Futey) |

DEFENDANT'S UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of this Court, defendant respectfully requests a 12-day enlargement of time within which to respond to plaintiff's complaint. The Government's response is currently due on April 28, 2004. The extension would bring the date for responding to the amended complaint to May 10, 2004. This is defendant's second request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that he does not oppose this motion.

This request is necessary because the undersigned counsel was in Great Lakes, Illinois from April 21, 2004 through April 24, 2004, in the matter of Riley Construction Co., Inc. v. United States, No. 02-953C (Fed. Cl.). The undersigned counsel is also preparing for a trial on liability in that matter on May 13, 2004 and May 14, 2004 in Chicago, Illinois. In addition, the undersigned filed appellate briefs on April 20, 2004 in two separate matters – Brave Heart v. United States, No. 03-5074 (Fed. Cir.) and Smith v. United States, No. 04-5063 (Fed. Cir.). Government counsel must also file a status report in Prudential Insurance Co. of America v. United States, No. 01-387C (Fed. Cl.) no later than May 3, 2004, and must file a responsive

pleading in Washington Office Center v. United States, No. 04-165C (Fed. Cl.) no later than May 6, 2004. Government is required to file an opposition brief in Ivey v. Department of Treasury, No. 04-3115 (Fed. Cl.) no later than May 6, 2004. In addition, Government counsel is actively in the process of attempting to settle matters in Curtis v. United States, No. 00-632C (Fed. Cl.) and Hughes v. United States, No. 03-1760C (Fed. Cl.)

For these reasons, defendant respectfully requests that the Court grant defendant's unopposed motion for an enlargement of time of 12 days, to and including May 10, 2004, within which to respond to plaintiffs' amended complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner by Deborah A. Bynum
DONALD E. KINNER
Assistant Director

s/ David R. Feniger
DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-3390
Fax (202) 305-2118
Attorneys for Defendant

April 27, 2004