# In the United States Court of Federal Claims

**No. 04-95C**

**(Filed April 28, 2004)**

*** * * * * * * * * * * * * * * * * * * * * * ***

**SWISS REINSURANCE AMERICA CORPORATION,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

*** * * * * * * * * * * * * * * * * * * * * * ***

**ORDER**

Defendant's Unopposed Motion For An Enlargement Of Time, filed April 27, 2004, is hereby ALLOWED. Defendant shall have to and including Monday, May 10, 2004, within which to file its response to the complaint.

The parties are advised that the court does not recognize case workload as a valid reason for requesting an enlargement of time.

IT IS SO ORDERED.

/s/ Bohdan A. Futey

**BOHDAN A. FUTEY**
**Judge**