# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**SWISS REINSURANCE AMERICA CORPORATION,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-0095C - ADR Pilot**
**Filed: May 21, 2004**
**cc: Judge Futey**

## O R D E R

Pursuant to the ADR order issued April 30, 2004, a telephonic ADR meeting was held in the above-captioned case on Friday, May 21, 2004. At the meeting, there was discussion of jurisdictional issues that deserves fuller exploration by the parties. Therefore, additional discussion, first between the parties, and then with the court, should occur in furtherance of the ADR process. As a result, this case should remain in the ADR process for a limited period of time so that those specific issues can be examined. As indicated at the meeting, however, so that the ADR discussions can continue, plaintiff's attorney shall file a motion for enlargement of time to file a response to the defendant's motion to dismiss with the presiding judge, which the defendant indicated would not be opposed.

Following the parties' discussion, a second ADR meeting will be held with the parties on **Wednesday, June 16, 2004 at 10:30 a.m.** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. A representative of Swiss Reinsurance American Corporation with settlement authority shall also participate in this telephonic ADR meeting. On or before **Monday, June 14, 2004**, both counsel and plaintiff's counsel on behalf of plaintiff's representative, shall notify the court of the telephone numbers where they can be reached on Wednesday, June 16, 2004 at 10:30 a.m. for the second ADR meeting. The ADR Confidentiality Agreement previously submitted by the parties will continue to govern ADR proceedings.

The undersigned remains available to assist the parties at any time and hopes that an appropriate, cost-effective, and expeditious resolution of the above-captioned case can be achieved. A copy of this order is being provided to the presiding trial judge. The clerk's office shall strike the previous order of the same date due to the lack of a signature.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**