IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

SWISS REINSURANCE AMERICA CORPORATION,

Plaintiff,

-against-

No. 04-0095C
(Judge Futey)

UNITED STATES OF AMERICA,

Defendant.

---

**PLAINTIFF'S UNOPPOSED**
**MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to **Rule 6(b)(1)** of the Rules of this Court, Plaintiff Swiss Reinsurance America Corporation ("Swiss Re") respectfully requests an enlargement of time to respond to the Government's motion to dismiss. In response to Plaintiff's Complaint, the Government filed, on or about May 10, 2004, a motion to dismiss pursuant to Rule 12. Pursuant to the rules of procedure of this Court, a response to the Government's motion is due by June 10, 2004. However, the parties are presently participating in the Alternate Dispute Resolution ("ADR") Pilot Program of this Court. An initial ADR conference was held in this matter on May 21, 2004. Because future conferences are contemplated with a possibility of resolving the matter through the ADR process, and upon the recommendation of the ADR judge, it is respectfully submitted that good cause is shown to enlarge Swiss Re's time to respond to the motion, and it is hereby requested that Swiss Re be granted an extension of **sixty (60) days** within which to respond to the Government's motion to dismiss in order to permit the

furtherance of the ADR process. The Government's counsel has been consulted and has indicated that he does not oppose this motion.

For these reasons, Swiss Re respectfully requests that the Court grant Swiss Re's unopposed motion to enlarge Claimant Swiss Reinsurance America Corporation's time to respond to the Government's motion to dismiss for a period of **sixty (60) days,** or until **August 10, 2004.**

Dated: May 21, 2004
Rochester, New York.

s/ Theodore M. Baum

Theodore M. Baum, Esq.
Ernstrom & Dreste, LLP
*Attorney for Plaintiff*
*Swiss Reinsurance America Corporation*
180 Canal View Blvd., Suite 600
Rochester, NY 14623
Telephone: (585) 473-3100