# In the United States Court of Federal Claims

**No. 04-95C**

**(Filed May 27, 2004)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **SWISS REINSURANCE AMERICA CORPORATION,** | * |
| | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

Plaintiff's Unopposed Motion For An Enlargement Of Time, filed May 24, 2004, is hereby ALLOWED. Plaintiff shall have to and including Tuesday, August 10, 2004, within which to file its response to Defendant's Motion To Dismiss.

IT IS SO ORDERED.

/s/ Bohdan A. Futey

**BOHDAN A. FUTEY**
**Judge**