# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**SWISS REINSURANCE AMERICA CORPORATION,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 04-0095C - ADR Pilot**
**Filed: June 18, 2004**
**cc: Judge Futey**

## O R D E R

Pursuant to the ADR order issued May 21, 2004, a second ADR conference was scheduled for Wednesday, June 16, 2004. On June 9, 2004, plaintiff's counsel telephoned chambers to request that the ADR conference scheduled for June 16, 2004 be postponed because the parties have engaged in settlement negotiations that may ultimately dispose of the above-captioned case in its entirety. On June 10, 2004, in a telephone conversation with the undersigned's law clerk, defense counsel agreed.

The court commends the parties for their efforts to pursue the resolution of this case through alternative means. The undersigned remains available to assist the parties at any time and hopes that an appropriate, cost-effective and expeditious resolution of the above-captioned case can be achieved.

The ADR meeting currently scheduled for Wednesday, June 16, 2004 is, hereby, **RESCHEDULED** so that the parties can continue to pursue the settlement of the above-captioned case. If a joint stipulation of dismissal is not submitted to the trial judge and to the chambers of the undersigned ADR judge via fax at (202) 219-9543 before Tuesday, July 6, 2004, a second ADR conference will be held with the parties on **Tuesday, July 6, 2004 at 4:00 p.m.** Both parties may appear by telephone. A representative of the Army Corps of Engineers and a representative of Swiss Reinsurance American Corporation, both preferably with settlement authority, shall also participate in this telephonic ADR conference.

On or before **Thursday, July 1, 2004**, both counsel shall notify the court of the telephone numbers where they and their client representatives can be reached on Tuesday, July 6, 2004 at 4:00 p.m. for the second ADR conference. The ADR Confidentiality Agreement previously submitted by the parties will continue to govern ADR proceedings.

A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**