# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**SWISS REINSURANCE AMERICA CORPORATION,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-0095C - ADR Pilot**
**Filed: June 30, 2004**
**cc: Judge Futey**

## O R D E R

Pursuant to the ADR order issued June 18, 2004, a second, follow-up ADR conference was scheduled to be held on Tuesday, July 6, 2004, if a stipulation of dismissal was not previously filed. On June 30, 2004, counsel for both parties telephoned chambers to request that the conference be canceled because the parties have made considerable settlement progress, which should result in the dismissal of the above-captioned case in its entirety within sixty days.

The court commends the parties for their apparently successful efforts to resolve this case through alternative means. The ADR meeting currently scheduled for Tuesday, July 6, 2004 is, hereby, **RESCHEDULED** so that the parties can finalize the settlement of the above-captioned case. If a stipulation of dismissal is not submitted to the trial judge and to the chambers of the undersigned ADR judge via fax at (202) 219-9543 before Tuesday, September 7, 2004, a second ADR conference will be held with the parties on **Tuesday, September 7, 2004 at 10:30 a.m.** Both parties may appear by telephone. A representative of the Army Corps of Engineers and a representative of Swiss Reinsurance American Corporation, both preferably with settlement authority, shall also participate in this telephonic ADR conference. This conference will only be canceled if the case is settled and dismissed.

On or before **Thursday, September 2, 2004**, both counsel shall notify the court of the telephone numbers where they and their client representatives can be reached on Tuesday, September 7, 2004 at 10:30 a.m. for the second ADR conference. The ADR Confidentiality Agreement previously submitted by the parties will continue to govern ADR proceedings.

According to the electronic docket, plaintiff's response to defendant's motion to dismiss is currently due August 10, 2004. In light of the parties' settlement progress, plaintiff

should consider filing a motion with the presiding trial judge requesting an enlargement of time to file its response, which defendant stated it would not oppose, so that settlement can be finalized. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

S/Marian Blank Horn

**MARIAN BLANK HORN**
**ADR Judge**