IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SWISS REINSURANCE AMERICA CORPORATION,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

No. 04-0095C
(Judge Futey)

**PLAINTIFF'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to **Rule 6(b)(1)** of the Rules of this Court, Plaintiff Swiss Reinsurance America Corporation ("Swiss Re") respectfully requests an enlargement of time to respond to the government's motion to dismiss. In response to Plaintiff's Complaint, the Government filed, on or about May 10, 2004, a motion to dismiss pursuant to Rule 12. Pursuant to the rules of procedure of this Court, and Swiss Re's prior motion for an enlargement of time, a response to the Government's motion is due by August 10, 2004. However, the parties are presently participating in the Alternate Dispute Resolution ("ADR") Pilot Program of this Court. Following the initial ADR conference in this matter held on May 21, 2004, the parties' settlement discussions have resulted in an agreement to settle the matter pending before this Court. However, the parties have jointly requested an adjournment of a pending follow up ADR conference, which is now scheduled to take place on September 7, 2004, to permit the parties to finalize their settlement. The parties anticipate that all settlement documentation, including a dismissal of this action, will be accomplished before that date. Accordingly, and upon the recommendation of the ADR judge, it is respectfully submitted that good cause is shown to

enlarge Swiss Re's time to respond to the motion, and it is hereby requested that Swiss Re be granted an extension of **thirty (30) days** within which to respond to the Government's motion to dismiss in order to permit the parties to finalize the settlement which was reached with the assistance of ADR judge. The Government's counsel has been consulted and has indicated that he does not oppose this motion.

For these reasons, Swiss Re respectfully requests that the Court grant Swiss Re's unopposed motion to enlarge Claimant Swiss Reinsurance America Corporation's time to respond to the Government's motion to dismiss for a period of **thirty (30) days,** or until **September 10, 2004.**

Dated: July 5, 2004
Rochester, New York.

___s/ Theodore M. Baum________
Theodore M. Baum, Esq.
Ernstrom & Dreste, LLP
*Attorney for Plaintiff*
*Swiss Reinsurance America Corporation*
180 Canal View Blvd., Suite 600
Rochester, NY 14623
Telephone: (585) 473-3100