# In the United States Court of Federal Claims

**No. 04-95C**

**(Filed July 15, 2004)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **SWISS REINSURANCE AMERICA CORPORATION,** | * * * |
| **Plaintiff,** | * * |
| **v.** | * * |
| **THE UNITED STATES,** | * * |
| **Defendant.** | * * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Plaintiff's Second Unopposed Motion For An Enlargement Of Time, filed July 5, 2004, is hereby ALLOWED. Plaintiff shall have to and including Friday, September 10, 2004, within which to file its response to defendant's motion to dismiss.

IT IS SO ORDERED.

/s/ Bohdan A. Futey

**BOHDAN A. FUTEY**
**Judge**