# In the United States Court of Federal Claims

| | |
|---|---|
| SWISS REINSURANCE AMERICA CORPORATION,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | **No. 04-0095C - ADR Pilot**<br>**Filed: September 7, 2004**<br>**cc: Judge Futey** |

## O R D E R

Pursuant to the ADR order issued June 30, 2004, an ADR conference was scheduled for Tuesday, September 7, 2004. Before this conference convened, both parties telephoned chambers to request that the ADR conference scheduled for September 7, 2004 be postponed because the parties have engaged in settlement negotiations that may ultimately dispose of the above-captioned case in its entirety.

The ADR meeting which was scheduled for Tuesday, September 7, 2004 is, hereby, **RESCHEDULED** so that the parties can continue to pursue the settlement of the above-captioned case. If a joint stipulation of dismissal is not submitted to the trial judge and to the chambers of the undersigned ADR judge via fax at (202) 219-9543 before Thursday, October 7, 2004, an ADR conference will be held with the parties on **Thursday, October 7, 2004 at 10:30 a.m.** Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (585) 473-3100 and defendant's counsel at (202) 307-3390. Both parties should be prepared to report to the court on the possibility of resolving the above-captioned case via alternative means. The ADR Confidentiality Agreement previously submitted by the parties will continue to govern ADR proceedings.

The court again commends the parties for their efforts to pursue the resolution of this case through alternative means. The undersigned remains available to assist the parties at any time and hopes that an appropriate, cost-effective and expeditious resolution of the above-captioned case can be achieved. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**

**ADR Judge**