IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SWISS REINSURANCE AMERICA CORPORATION,

Plaintiff,

-against-

No. 04-0095C
(Judge Futey)

UNITED STATES OF AMERICA,

Defendant.

**NOTICE OF DISMISSAL**

TO: DAVID R. FENIGER, ESQ.
Trial Attorney, Commercial Litigation Branch
U.S. Department of Justice, Civil Division
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005

**PLEASE TAKE NOTICE**, that the Plaintiff, Swiss Reinsurance America Corporation, pursuant **Rule 41 (a) (1)** of the Rules of this Court, hereby discontinues the above-entitled action and dismisses the Complaint as against the Defendant, United States of America, with prejudice.

Dated: September 8, 2004
Rochester, New York.

s/ Theodore M. Baum

Theodore M. Baum, Esq.
Ernstrom & Dreste, LLP
*Attorneys for Plaintiff*
*Swiss Reinsurance America Corporation*
180 Canal View Blvd., Suite 600
Rochester, NY 14623
Telephone: (585) 473-3100