# In the United States Court of Federal Claims

| | | |
|---|---|---|
| SWISS REINSURANCE AMERICA CORPORATION, | * | |
| Plaintiff, | * | No. 04-0095C - ADR Pilot |
| v. | * | Filed: October 1, 2004 |
| | * | cc: Judge Futey |
| UNITED STATES, | * | |
| Defendant. | * | |

## O R D E R

Pursuant to the ADR order issued September 7, 2004, an ADR conference was scheduled for Thursday, October 7, 2004. On September 8, 2004, the parties filed a notice of dismissal. Therefore, the follow-up ADR conference is **CANCELLED**. A copy of this order will be provided to the presiding trial judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**