# In the United States Court of Federal Claims

**No. 04-95C**

**(Filed October 4, 2004)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **SWISS REINSURANCE AMERICA CORPORATION,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Pursuant to Plaintiff's Notice of Dismissal and **RCFC** 41(a)(2), filed September 8, 2004, the Clerk is hereby directed to DISMISS the complaint with prejudice.

IT IS SO ORDERED.

/s/ Bohdan A. Futey

**BOHDAN A. FUTEY**
**Judge**