# In the United States Court of Federal Claims

**No. 04-95 C**

**SWISS REINSURANCE AMERICA CORPORATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed October 4, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a)(2), that the complaint is dismissed, with prejudice.

Brian Bishop
Clerk of Court

**October 4, 2004** By: s/Lisa L. DeFade

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies

and listing of all plaintiffs. Filing fee is $255.00.